# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STANLEY RICE,

    Plaintiff,

v.                                                              Case No: 8:16-cv-124-T-30TBM

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun III (Dkt. #5).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. #2) is DENIED.

3. Plaintiff is directed to pay the filing fee within twenty (20) days of the date of this Order.

4. Should Plaintiff fail to pay the required filing fee within twenty (20) days of the date of this Order, this case shall be dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of January, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2016\16-cv-124 adopt 5.docx